**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*pro hac vice* forthcoming)
Alec M. Leslie (*pro hac vice* forthcoming)
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: jmarchese@bursor.com
            aleslie@bursor.com

**GUCOVSCHI ROZENSHTEYN, PLLC.**
Adrian Gucovschi (*pro hac vice* forthcoming)
630 Fifth Avenue, Suite 2000
New York, NY 10111
Telephone: (212) 884-4230
Facsimile:  (212) 884-4230
E-Mail: adrian@gr-firm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORINA

| | |
|---|---|
| AMANDA MCCLURE, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GROCERY DELIVERY E-SERVICES USA INC. D/B/A HELLOFRESH,<br><br>Defendant. | Case No.: 5:22-cv-05077-EJD<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(i)]** |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Plaintiff Amanda McClure previously dismissed her claims against Defendant Grocery Delivery E-Services USA Inc. d/b/a HelloFresh without prejudice on November 17, 2021.  Plaintiff McClure now dismisses her claims against Defendant Grocery Delivery E-Services USA Inc. d/b/a HelloFresh with prejudice.  Each party shall bear its own attorneys' fees and costs.

Dated:  November 21, 2022    **BURSOR & FISHER, P.A**.

By: ___*/s/ L. Timothy Fisher*___

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

Joseph I. Marchese (*pro hac vice* forthcoming)
Alec M. Leslie (*pro hac vice* forthcoming)
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: jmarchese@bursor.com
           aleslie@bursor.com

**GUCOVSCHI ROZENSHTEYN, PLLC.**
Adrian Gucovschi (*pro hac vice* forthcoming)
630 Fifth Avenue, Suite 2000
New York, NY 10111
Telephone: (212) 884-4230
Facsimile:  (212) 884-4230
E-Mail: adrian@gr-firm.com

*Attorneys for Plaintiff*